13 OCT 10 AM 11:01

DS                                DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Crim. Case No. 01CR3030-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INFORMATION |
| MONICA MACIAS-LINAN, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against Monica Macias-Linan, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

DATED: October 9, 2013

_Barry Ted Moskowitz_
HONORABLE BARRY T. MOSKOWITZ
Chief Judge
United States District Court